UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 13-37878 ABA

Debtor: Anthony G. & Pamela Kenton, Sr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1857977 | U.S. Bank Home Mortgage | 3060.16 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014